**Fill in this information to identify the case:**

Debtor name  **Hoag Urgent Care - Anaheim Hills, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **8:17-bk-13080**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

■  Amended *Schedule*    **20 Largest Unsecured Creditors & Mailing**

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 25, 2017**         X **/s/ Dr. Robert C. Amster**
                                              Signature of individual signing on behalf of debtor

                                              **Dr. Robert C. Amster**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Hoag Urgent Care - Anaheim Hills, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **8:17-bk-13080** |

☑ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders - FIRST AMENDED

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Access Medical Management 2325 W. Victory Blvd, Suite #1 Burbank, CA 91506** | | **Business Debt** | | | | **$53,236.90** |
| **All Star Recruiting P.O. Box 823424 Philadelphia, PA 19182** | | **Business Debt** | | | | **$1,848.75** |
| **Amber Brinkley 655 Huntley Drive Corona, CA 92882** | | **Unpaid wages/salary** | | | | **$1,612.78** |
| **Barbara Klyde 2391 N. River Trail Road Orange, CA 92865** | | **Unpaid wages/salary** | | | | **$8,260.71** |
| **Carla Venzor 998 La Costa Drive, #M204 Corona, CA 92879** | | **Unpaid wages/salary** | | | | **$1,857.19** |
| **Carlo Juan Raguindin 19525 Georgina Circle Cerritos, CA 90703** | | **Unpaid wages/salary** | | | | **$2,569.10** |
| **Cesar Vences 13224 Newport Ave. #21B Tustin, CA 92780** | | **Unpaid wages/salary** | | | | **$1,274.90** |
| **Continental Maintenance, Inc. 13318 Mapledale Street Norwalk, CA 90650** | | **Business Debt** | | | | **$2,470.00** |

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number *(if known)* | **8:17-bk-13080** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cox Communications P.O. Box 53280 Phoenix, AZ 85052 | | Utilities | | | | $5,896.20 |
| Daniel Tinoco 12292 Firebrand Street Garden Grove, CA 92840 | | Unpaid wages/salary | | | | $1,768.80 |
| Hall & Company 111 Pacifica Suite 300 Irvine, CA 92618 | | Business Debt | | | | $2,828.75 |
| Jennifer Amster 822 E Lomita Avenue Orange, CA 92867 | | Unpaid wages/salary | | | | $1,758.20 |
| Jose Torres 111 East Hoover Avenue Orange, CA 92867 | | Unpaid wages/salary | | | | $1,307.82 |
| Kari Heil 5569 East Edgemar Ave. Anaheim, CA 92807 | | Unpaid wages/salary | | | | $4,992.15 |
| Medline Dept. LA 21558 Pasadena, CA 91185 | | Business Debt | | | | $8,233.58 |
| Provider Healthcare, LLC 4252 South Highland Drive Suite 104 Salt Lake City, UT 84124 | | Business Debt | | | | $14,756.17 |
| PSS World Medical, Inc. P.O. Box 749499 Los Angeles, CA 90074-9499 | | Business Debt | | | | $4,221.29 |
| Rexford Angkahan 6522 Mt. Palomar Drive Buena Park, CA 90620 | | Unpaid wages/salary | | | | $2,638.74 |
| The New Answernet 4778 Dewey Drive Fair Oaks, CA 95628-4401 | | Business Debt | | | | $1,545.88 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Hoag Urgent Care - Anaheim Hills, Inc.**
Name

Case number *(if known)*    **8:17-bk-13080**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Xerox Corporation P.O. Box 650361 Dallas, TX 75265-0361** | | **Business Debt** | | | | **$3,790.96** |

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**In re Cypress Urgent Care, Inc., Case No. 8:17-bk-13089-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**

**In re Hoag Urgent Care - Huntington Harbour, Inc., Case No. 8:17-bk-13078-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**

**In re Hoag Urgent Care - Orange, Inc., Case No. 8:17-bk-13079-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**

**In re Hoag Urgent Care - Tustin, Inc., Case No. 8:17-bk-13077-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**

**In re Laguna Dana Urgent Care Inc., Case No. 8:17-bk-13090-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    **Tustin, California**    , California.    /s/ Dr. Robert C. Amster
                                                          **Dr. Robert C. Amster**
Date:    **August 25, 2017**                              Signature of Debtor


                                                          Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1        **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **Hoag Urgent Care - Anaheim Hills, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:17-bk-13080**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
      Copy line 88 from *Schedule A/B*................................................................................................   $      **0.00**

    **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*............................................................................................   $      **625,610.95**

    **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*..............................................................................................   $      **625,610.95**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $      **2,231,370.30**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $      **31,192.31**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$      **103,037.43**

4.   Total liabilities ....................................................................................................................
    Lines 2 + 3a + 3b                      $      **2,365,600.04**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Hoag Urgent Care - Anaheim Hills, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __**8:17-bk-13080**__

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$100.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Pacific Enterprise Bank** | **Checking Account** | **0179** | **$27,542.58** |
| 3.2. | **Opus Bank** | **Checking Account** | **8004** | **$13,067.68** |
| 3.3. | **Pacific Enterprise Bank** | **Checking Account** | **9957** | **$10,152.16** |
| 3.4. | **Union Bank** | **Checking Account (Receiver's Account)** | **4584** | **$24,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$74,862.42** |
|---|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number *(If known)* **8:17-bk-13080** |
| --- | --- | --- |
| | Name | |

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:          **353,001.06**          -          **0.00**    = ....          **$353,001.06**
                        face amount                doubtful or uncollectible accounts

11b. Over 90 days old:          **157,327.47**          -          **0.00**    = ....          **$157,327.47**
                        face amount                doubtful or uncollectible accounts

12.     **Total of Part 3.**                        **$510,328.53**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:   Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.     **Raw materials** | | | | |
| 20.     **Work in progress** | | | | |
| 21.     **Finished goods, including goods held for resale** | | | | |
| 22.     **Other inventory or supplies** **Various Medical, Drug, and Office Supplies** | 07/31/2017 | **Unknown** | **Comparable sale** | **$20,000.00** |

23.     **Total of Part 5.**                        **$20,000.00**
        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ☐ No

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | | Case number *(If known)* **8:17-bk-13080** |
|---|---|---|---|
| | Name | | |

| ■ Yes. Book value | 2770 | Valuation method | Current Value | 1500 |
|---|---|---|---|---|

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Miscellaneous Desks, File Cabinets, Magazine Rack(s), Office Funishings, Chairs, Tables, Breakroom Equipment, Lamp(s), Bookcases, Reception Furniture, Frame(s), Decorative Item(s), etc.** | **$0.00** | **Comparable sale** | **$1,350.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **1 CR System for Printing X-Rays (Fuji, FCR Capsula XL II)** | **$0.00** | **Comparable sale** | **$5,000.00** |
| **2 Exam Room Tables (Midmark, Ritter 204)** | **$0.00** | **Comparable sale** | **$250.00** |
| **2 Exam Room Stretchers (Midmark, 525)** | **$0.00** | **Comparable sale** | **$350.00** |
| **1 Autoclave (Midmark, M11 Autoclave)** | **$0.00** | **Comparable sale** | **$100.00** |
| **2 Hanging Examination Lights -Single (Midmark, Ritter 355-028)** | **$0.00** | **Comparable sale** | **$500.00** |
| **1 X-Ray Table System (GE X-Ray X-Ray RAD Table System)** | **$0.00** | **Comparable sale** | **$8,000.00** |
| **5 Otoscope / Ophthalmoscope Systems (Welch Allyn, 76710)** | **$0.00** | **Comparable sale** | **$500.00** |
| **1 Baby Scale (Health-o-Meter, Baby Scale)** | **$0.00** | **Comparable sale** | **$50.00** |

Debtor    **Hoag Urgent Care - Anaheim Hills, Inc.**                    Case number *(If known)*  **8:17-bk-13080**
_____
Name

| | | | |
|---|---|---|---|
| **1 Eye Examination Station with Power Table (Top Con, SL -1E; PS11A Power Supply)** | $0.00 | Comparable sale | $850.00 |
| **3 Stationary Exam Room Tables (Midmark, Stationary Exam Room Table)** | $0.00 | Revenue based | $250.00 |
| **1 Urine Analyzer (Welch Allyn, 120 Urine Analyzer)** | $0.00 | Comparable sale | $25.00 |
| **1 Vitals Monitor with Stand (Welch Allyn, Vitals Monitor with Stand)** | $0.00 | Comparable sale | $100.00 |
| **1 Exam Table (Midmark, Ritter 223)** | $0.00 | Comparable sale | $100.00 |
| **1 Portable Defibrillator (AED) (Cardiac Science, Portable Powerheart AED G3)** | $0.00 | Comparable sale | $150.00 |
| **1 Digital Scale (Health-o-Meter, Digital Scale)** | $0.00 | Comparable sale | $25.00 |
| **1 ECG Monitoring System with Stand & Table (Welch Allyn, ECG Monitoring System)** | $0.00 | Comparable sale | $100.00 |
| **1 Refrigerator** | $0.00 | Comparable sale | $180.00 |
| **Other Miscellaneous Medical Equipment** | $0.00 | Comparable sale | $500.00 |
| **1 Set of Washer and Dryer** | $0.00 | Comparable sale | $180.00 |
| **1 Audiometer** | $0.00 | Comparable sale | $95.00 |
| **1 ACLS Crash Cart** | $0.00 | Comparable sale | $100.00 |
| **Miscellaneous Computers, Computers Equipment, Printer(s), Scanner(s), Computer Software(s), Telephone(s), and Telephone System(s)** | Unknown | Comparable sale | $1,665.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                 | $20,420.00 |
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number *(If known)* **8:17-bk-13080** |
|---|---|---|
| | Name | |

☐ No
■ Yes

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Customers List** | Unknown | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | **$0.00** |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number *(If known)* **8:17-bk-13080** |
|---|---|---|
| | Name | |

■ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**The Debtor is in the process of engaging a forensic tax accountant to analyze the prior tax returns and financials for each of the Debtors from inception to present.  In the event that this analysis demonstrates that there are additional funds transferred between any of the Debtors and/or affiliated entities, the respective Schedules B and F will be amended, as necessary and appropriate.** | **Unknown** |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
|---|---|---|

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Hoag Urgent Care - Anaheim Hills, Inc.**          Case number *(If known)* **8:17-bk-13080**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $74,862.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $510,328.53 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,420.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $625,610.95 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $625,610.95 |

**Fill in this information to identify the case:**

Debtor name   **Hoag Urgent Care - Anaheim Hills, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:17-bk-13080**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

　　☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

　　☐ Yes. Fill in all of the information below.

**Part 1:**　**List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Opus Bank** | | $2,231,370.30 | Unknown |
|---|---|---|---|---|

**2.1 Opus Bank**
Creditor's Name

**19900 MacArthur Blvd.
12th Floor
Irvine, CA 92612**
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred
September 2013**
**Last 4 digits of account number
0181**
**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All inventory, equipment, accounts, chattel paper, instruments - UCC-1 (Doc. No. 13-7380128255)**

Describe the lien
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $2,231,370.30

**Value of collateral that supports this claim** Unknown

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,231,370.30 |
|---|---|---|

**Part 2:**　**List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Buchalter, a Prof. Corporation<br>Attention: Barry A. Smith<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017-2457** | Line **2.1** | |
| **David Stapleton<br>515 So. Flower St., 36th Floor,<br>Los Angeles, CA 90071** | Line **2.1** | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number (if know) | **8:17-bk-13080** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **Newport Healthcare Center LLC**<br>**Attention: Sandy Smith**<br>**One Hoag Drive**<br>**P.O. Box 6100**<br>**Newport Beach, CA 92658-6100** | Line **2.1** | |
| **Nicastro & Associates, P.C.**<br>**2 Park Plaza, Suite 650**<br>**Irvine, CA 92614** | Line **2.1** | |
| **Opus Bank**<br>**Attention: Barry Smith**<br>**1000 Wilshire Boulevard, Suite 1500**<br>**12th Floor**<br>**Los Angeles, CA 90017-2457** | Line **2.1** | |
| **Pacific Enterprise Bank**<br>**17748 Skypark Circle, #100**<br>**Irvine, CA 92614** | Line **2.1** | **3600** |
| **St. Joseph Health System**<br>**Attention: Tara Cowell, Esq.**<br>**3345 Michelson Drive, Suite 100**<br>**Irvine, CA 92612** | Line **2.1** | |
| **Tim Reimers, Esq.**<br>**2049 Century Park East, Suite 2900**<br>**Los Angeles, CA 90067** | Line **2.1** | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **Hoag Urgent Care - Anaheim Hills, Inc.**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)     **8:17-bk-13080**

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Amber Brinkley<br>655 Huntley Drive<br>Corona, CA 92882** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,612.78 | $1,612.78 |
| | Date or dates debt was incurred<br>**July 16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Angela Corning<br>993 Iron Horse Drive<br>San Marcos, CA 92078** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $395.60 | $395.60 |
| | Date or dates debt was incurred<br>**July 16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number *(if known)* | **8:17-bk-13080** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,260.71 | $8,260.71 |
|---|---|---|---|---|

**Barbara Klyde**
**2391 N. River Trail Road**
**Orange, CA 92865**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,857.19 | $1,857.19 |
|---|---|---|---|---|

**Carla Venzor**
**998 La Costa Drive, #M204**
**Corona, CA 92879**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,569.10 | $2,569.10 |
|---|---|---|---|---|

**Carlo Juan Raguindin**
**19525 Georgina Circle**
**Cerritos, CA 90703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,274.90 | $1,274.90 |
|---|---|---|---|---|

**Cesar Vences**
**13224 Newport Ave. #21B**
**Tustin, CA 92780**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number (if known) | **8:17-bk-13080** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,768.80** | **$1,768.80** |
|---|---|---|---|---|

**Daniel Tinoco**
**12292 Firebrand Street**
**Garden Grove, CA 92840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$435.20** | **$435.20** |
|---|---|---|---|---|

**Danielle Follweiler**
**3332 Florista Street**
**Los Alamitos, CA 90720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$459.09** | **$459.09** |
|---|---|---|---|---|

**Erica Garcia**
**527 S Priscilla Way**
**Anaheim, CA 92806**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$71.20** | **$71.20** |
|---|---|---|---|---|

**Faye Amster**
**32 Drakes Bay Drive**
**Corona Del Mar, CA 92625**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number *(if known)* | **8:17-bk-13080** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $256.66 | $256.66 |
|---|---|---|---|---|
| | **Harsha Patel**<br>**1275 N. Chrisden Street, #G207**<br>**Anaheim, CA 92807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**July 16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,758.20 | $1,758.20 |
|---|---|---|---|---|
| | **Jennifer Amster**<br>**822 E Lomita Avenue**<br>**Orange, CA 92867** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**July 16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $53.80 | $53.80 |
|---|---|---|---|---|
| | **Jillian Piper**<br>**2942 N. Sandy Beach Drive**<br>**Bay City, MI 48706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**July 16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,307.82 | $1,307.82 |
|---|---|---|---|---|
| | **Jose Torres**<br>**111 East Hoover Avenue**<br>**Orange, CA 92867** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**July 16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number (if known) | **8:17-bk-13080** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,992.15** | **$4,992.15** |
|---|---|---|---|---|

**Kari Heil**
**5569 East Edgemar Ave.**
**Anaheim, CA 92807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$410.60** | **$410.60** |
|---|---|---|---|---|

**Kevin H.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$205.20** | **$205.20** |
|---|---|---|---|---|

**Kristin Walsh**
**Walsh Consulting, Inc.**
**46 Serenity**
**Irvine, CA 92618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$439.60** | **$439.60** |
|---|---|---|---|---|

**Kylee Lucas**
**1330 East Balsam**
**Anaheim, CA 92805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number *(if known)* | **8:17-bk-13080** |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$119.00** | **$119.00** |
|---|---|---|---|---|

**Lori Strawn**
**1401 Reisig Road**
**Saginaw, MI 48604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$208.60** | **$208.60** |
|---|---|---|---|---|

**Marissa Munoz**
**2020 W. Alameda Avenue, #16**
**Anaheim, CA 92801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$97.37** | **$97.37** |
|---|---|---|---|---|

**Michelle Cordova**
**2155 Corte Vista**
**Chula Vista, CA 91915**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,638.74** | **$2,638.74** |
|---|---|---|---|---|

**Rexford Angkahan**
**6522 Mt. Palomar Drive**
**Buena Park, CA 90620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number *(if known)* | **8:17-bk-13080** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00**

**1st Protection Systems**
P.O. Box 1840
Santa Ana, CA 92702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$226.55**

**A-S Medication Solutions**
2401 Commerce Drive
Libertyville, IL 60048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,236.90**

**Access Medical Management**
2325 W. Victory Blvd,
Suite #1
Burbank, CA 91506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00**

**Admiral Pest Control**
9434 Artesia Blvd.
Bellflower, CA 90706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**All Medical Personnel, LLC**
Attention: Ray Iturrioz
4000 Hollywood Blvd,
Suite 600N
Hollywood, FL 33021

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt -
Listed for notice purposes only because no direct privity relationship
exists with the Debtor.**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,848.75**

**All Star Recruiting**
P.O. Box 823424
Philadelphia, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156.50**

**Audiology Systems**
Dept. CH 16948
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number (if known) | **8:17-bk-13080** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.13** |
|---|---|---|---|

**Cedar Financial**
**5230 Las Virgenes Road**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016-2017**

Basis for the claim: **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$409.27** |
|---|---|---|---|

**Central Drug System**
**16560 Harbor Blvd.**
**Suite A**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016-2017**

Basis for the claim: **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**City of Anaheim**
**Business Tax Renewal**
**P.O. Box 61042**
**Anaheim, CA 92803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016-2017**

Basis for the claim: **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,470.00** |
|---|---|---|---|

**Continental Maintenance, Inc.**
**13318 Mapledale Street**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016-2017**

Basis for the claim: **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,896.20** |
|---|---|---|---|

**Cox Communications**
**P.O. Box 53280**
**Phoenix, AZ 85052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016-2017**

Basis for the claim: **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Fire Doctor Extinguisher Company**
**13656 Red Hill Ave.**
**#B**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016-2017**

Basis for the claim: **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$235.00** |
|---|---|---|---|

**Fire Inspections Company**
**603 Seagaze Drive, Suite 271**
**Oceanside, CA 92054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016-2017**

Basis for the claim: **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number (if known) | **8:17-bk-13080** |
|---|---|---|---|
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Freedom Imaging, Inc.**
**1401 Ball Rd., Suite E**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016-2017**

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,828.75** |
|---|---|---|---|

**Hall & Company**
**111 Pacifica**
**Suite 300**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016-2017**

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harris Medical Associates**
**1180 Satellite Blvd.**
**Suite 200**
**Suwanee, GA 30024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2016-2017**

Basis for the claim: **Business Debt -**
**Listed for notice purposes only because no direct privity relationship**
**exists with the Debtor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hoag Urgent Care**
**Huntington Harbor**
**5355 Warner Ave., #102**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Integrity Healthcare Locums, LLC**
**P.O. Box 823424**
**Philadelphia, PA 19182-3424**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016-2017**

Basis for the claim: **Business Debt -**
**Listed for notice purposes only because no direct privity relationship**
**exists with the Debtor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,233.58** |
|---|---|---|---|

**Medline**
**Dept. LA 21558**
**Pasadena, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016-2017**

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number *(if known)* | **8:17-bk-13080** |
|---|---|---|---|
| | Name | | |

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mission Recruiting, LLC**
**3020 Saturn Street, Ste. 201**
**Brea, CA 92821**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Business Debt -**
**Listed for notice purposes only because no direct privity relationship**
**exists with the Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$210.60**

**Muzak OC**
**P.O. Box 71070**
**Charlotte, NC 28272**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$475.00**

**National Fire & Safety Inspection**
**Accounts Receivable**
**P.O. Box 206**
**El Toro, CA 92609**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Newport Healthcare Center, LLC**
**1 Hoag Drive**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2016 - 2017**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Business Debt -**
**Listed for notice purposes only because no direct privity relationship**
**exists with the Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,756.17**

**Provider Healthcare, LLC**
**4252 South Highland Drive**
**Suite 104**
**Salt Lake City, UT 84124**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Provider Locum Tenens**
**7460 Warren Pkwy**
**Suite 100**
**Frisco, TX 75034**

Date(s) debt was incurred  **2016 - 2017**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Business Debt -**
**Listed for notice purposes only because no direct privity relationship**
**exists with the Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number *(if known)* | **8:17-bk-13080** |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address
**PSS World Medical, Inc.**
P.O. Box 749499
Los Angeles, CA 90074-9499

Date(s) debt was incurred __2016-2017__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$4,221.29**

---

**3.28** | Nonpriority creditor's name and mailing address
**Pyro-Comm Systems, Inc.**
15531 Container Lane
Huntington Beach, CA 92649

Date(s) debt was incurred __2016-2017__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.29** | Nonpriority creditor's name and mailing address
**Radiation Detection Company, Inc.**
3527 Snead Drive
Georgetown, TX 78626

Date(s) debt was incurred __2016-2017__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.30** | Nonpriority creditor's name and mailing address
**Robert Myslin**
722 Rivertree Drive
Oceanside, CA 92058

Date(s) debt was incurred __2016-2017__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.31** | Nonpriority creditor's name and mailing address
**Rx Security**
1200 N. Federal Hwy., Suite 200
#50 - 26
Boca Raton, FL 33432

Date(s) debt was incurred __2016 - 2017__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$65.95**

---

**3.32** | Nonpriority creditor's name and mailing address
**Safeguard**
12610 Park Plaza Drive, Suite 100
Cerritos, CA 90703

Date(s) debt was incurred __2016-2017__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$143.03**

---

**3.33** | Nonpriority creditor's name and mailing address
**Sign Specialists Corporation**
111 W. Dyer Road, Unit F
Santa Ana, CA 92707

Date(s) debt was incurred __2016-2017__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$70.18**

---

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number *(if known)* | **8:17-bk-13080** |
|---|---|---|---|
| | Name | | |

---

**3.34**

**Nonpriority creditor's name and mailing address**
**Singer Lewak**
**10960 Wilshire Blvd.**
**7th Floor**
**Los Angeles, CA 90024**

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$388.00**

---

**3.35**

**Nonpriority creditor's name and mailing address**
**The New Answernet**
**4778 Dewey Drive**
**Fair Oaks, CA 95628-4401**

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,545.88**

---

**3.36**

**Nonpriority creditor's name and mailing address**
**Thermal Combustion Innovators, Inc.**
**241 W. Laurel Street**
**Colton, CA 92324**

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$118.74**

---

**3.37**

**Nonpriority creditor's name and mailing address**
**Thomas Reuters**
**P.O. Box 95767**
**Chicago, IL 60697**

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

**3.38**

**Nonpriority creditor's name and mailing address**
**Weatherby Healthcare**
**P.O. Box 972633**
**Dallas, TX 75397-2633**

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Business Debt -**
**Listed for notice purposes only because no direct privity relationship**
**exists with the Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.39**

**Nonpriority creditor's name and mailing address**
**Xerox Corporation**
**P.O. Box 650361**
**Dallas, TX 75265-0361**

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,790.96**

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

---

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number (if known) | **8:17-bk-13080** |
|---|---|---|---|
| | Name | | |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 31,192.31 |
| 5b. Total claims from Part 2 | 5b. + | $ 103,037.43 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 134,229.74 |

**Fill in this information to identify the case:**

Debtor name     **Hoag Urgent Care - Anaheim Hills, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:17-bk-13080**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest   **Medical Provider Agreement** | |
| State the term remaining   **N/A** | **ADOC Medical Group** |
| List the contract number of any government contract | **600 City Pkwy W #400** **Orange, CA 92868** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest   **Medical Provider Agreement** | |
| State the term remaining   **N/A** | **AETNA** |
| List the contract number of any government contract | **151 Farmington Ave.** **Hartford, CT 06156** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest   **Medical Provider Agreement** | |
| State the term remaining   **N/A** | **Applecare Medical Management** |
| List the contract number of any government contract | **18 Centerpointe Drive,** **La Palma, CA 90623** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest   **Medical Provider Agreement** | |
| State the term remaining   **N/A** | **Arta Health Network** |
| List the contract number of any government contract | **3333 Michelson Dr Ste 735** **Irvine, CA 92612** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor 1 | **Hoag Urgent Care - Anaheim Hills, Inc.** | | Case number (*if known*) | **8:17-bk-13080** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Assurant Health P.O. Box 624 Milwaukee, WI 53201** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Assurant Health P.O. Box 624 Milwaukee, WI 53201** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Blue Cross Covered California 21555 Oxnard Street Woodland Hills, CA 91367** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Blue Cross Covered California 21555 Oxnard Street Woodland Hills, CA 91367** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Blue Cross Of Blue Shield Pathway T 801 Franklin Street Oakland, CA 94607** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Blue Shield of California P.O. Box 272560 Chico, CA 95927** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Hoag Urgent Care - Anaheim Hills, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **8:17-bk-13080**

�no **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Breech Street Network** |
| | List the contract number of any government contract | | **25500 Commercentre Dr. Lake Forest, CA 92630** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Bristol Park** |
| | List the contract number of any government contract | | **11420 Warner Ave, Ste. 110 Fountain Valley, CA 92708** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **California Physicians' Service dba Blue Shield of California Attn: Senior VP, Network Management 6300 Canoga Avenue, 12th Floor Woodland Hills, CA 91367** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Caloptima Chief Executive Officer 505 City Drive West Orange, CA 92868** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Caloptima Care Network 505 City Pkwy W Orange, CA 92868** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | **Caremore Medical Group 12898 Towne Center Drive Cerritos, CA 90703** |
|---|---|---|---|

Debtor 1    **Hoag Urgent Care - Anaheim Hills, Inc.**                                        Case number (*if known*)    **8:17-bk-13080**
          First Name          Middle Name          Last Name

<span style="background:purple">    </span>   **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining      **N/A** | |
| List the contract number of any government contract _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining      **N/A** | | **CHOC Health Alliance**<br>**1120 W La Veta Ave.**<br>**Suite 100**<br>**Orange, CA 92868** |
| | List the contract number of any government contract _____ | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining      **N/A** | | **Cigna**<br>**Cigna Corporate Headquarters**<br>**900 Cottage Grove Road**<br>**Bloomfield, CT 06002** |
| | List the contract number of any government contract _____ | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining      **N/A** | | **CIGNA Healthcare of California, Inc**<br>**Connecticut General Life Insurance**<br>**400 North Brand Blvd., Suite 400**<br>**Glendale, CA 91203** |
| | List the contract number of any government contract _____ | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining      **N/A** | | **EBA & M Corp**<br>**3505 Cadillac Ave.**<br>**Suite O201**<br>**Costa Mesa, CA 92626** |
| | List the contract number of any government contract _____ | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining      **N/A** | | **First Choice Health Care**<br>**2010 Wilshire Blvd.**<br>**Suite 900**<br>**Los Angeles, CA 90057** |
| | List the contract number of any government contract _____ | | |

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 4 of 10

| Debtor 1 | **Hoag Urgent Care - Anaheim Hills, Inc.** | | Case number *(if known)* | **8:17-bk-13080** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **GEHA**<br>**P.O. Box 4665**<br>**Independence, MO 64051-4665** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Golden Rule Insurance**<br>**4065 Osage Beach Parkway**<br>**Osage Beach, MO 65065** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Greater Newport Physicians**<br>**330 Placentia Ave.**<br>**Newport Beach, CA 92663** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Harvard Pilgrim Health Care**<br>**185 Asylum Street, 2nd Floor**<br>**Hartford, CT 06103** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Health EOS**<br>**10971 Sun Center Drive**<br>**Rancho Cordova, CA 95670** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Health Net**<br>**21650 Oxnard St.**<br>**Woodland Hills, CA 91367** |
| | List the contract number of any | | |

Debtor 1    **Hoag Urgent Care - Anaheim Hills, Inc.**                        Case number *(if known)*    **8:17-bk-13080**
            First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Humana Choicecare Network** |
| | List the contract number of any government contract | | **1200 Coit Road, Suite 109** **Plano, TX 75075** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **ILWI** |
| | List the contract number of any government contract | | **1188 Franklin St.** **San Francisco, CA 94109** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Lakewood IPA** **and/or its Divisions: Alamitos IPA,** **St. Mary IPA, Brookshire IPA** |
| | List the contract number of any government contract | | **4909 Lakewood Blvd., Suite 200** **Lakewood, CA 90712** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Los Alamitos Medical Center** |
| | List the contract number of any government contract | | **3751 Katella Ave.** **Los Alamitos, CA 90720** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Medical** |
| | List the contract number of any government contract | | **820 Stillwater Road** **West Sacramento, CA 95605** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | **Medical Under Prostpect** **3415 S. Sepulveda Blvd.,** **9th Floor** **Los Angeles, CA 90034** |
|---|---|---|---|

Debtor 1    **Hoag Urgent Care - Anaheim Hills, Inc.**                                    Case number (*if known*)    **8:17-bk-13080**
　　　　　　First Name　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining **N/A** | |
| List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement No. FJ4184** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Medicare**<br>**440 E. Middlefield Road**<br>**Mountain View, CA 94043** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Memorial Care**<br>**17360 Brookhurst St., #160**<br>**Fountain Valley, CA 92708** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Monarch HealthCare**<br>**Mail Station 16**<br>**11 Technology Drive**<br>**Irvine, CA 92618** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **My Community Care**<br>**205 Bishops Way**<br>**Brookfield, WI 53005** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Noble Ama Ipa/Noble Mid Orange Coun**<br>**P.O. Box 4909**<br>**Oceanside, CA 92052** |

| Debtor 1 | **Hoag Urgent Care - Anaheim Hills, Inc.** | | Case number *(if known)* | **8:17-bk-13080** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Pacific Care**<br>**5701 Katella Ave.**<br>**Cypress, CA 90630** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Physicians Healways**<br>**701 Cool Springs Blvd.**<br>**Franklin, TN 37067** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Pinnacle Claims**<br>**15525 Sand Canyon Ave.**<br>**Irvine, CA 92618** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Pioneer Ipa**<br>**17777 Center Court Drive, Suite 400**<br>**Cerritos, CA 90703** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Primary Provided Management**<br>**511 S. Joy Street**<br>**Corona, CA 92879** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Promesa Health**<br>**3978 Brockton Ave.**<br>**Riverside, CA 92501** |
| | List the contract number of any | | |

Debtor 1    **Hoag Urgent Care - Anaheim Hills, Inc.**                                Case number (*if known*)    **8:17-bk-13080**
              First Name          Middle Name          Last Name

███  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |  |
|---|---|---|
| | government contract | |
| **2.45.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | |

**Prospect Medical Group**
**400 Corporate Pointe**
**Culver City, CA 90230**

| **2.46.** | State what the contract or lease is for and the nature of the debtor's interest | **Management and Administrative Services Agreement** |
|---|---|---|
| | State the term remaining | **50 months** |
| | List the contract number of any government contract | |

**Radiant Physician Group, Inc.**
**18231 Irvine Blvd., Ste. 204**
**Tustin, CA 92780**

| **2.47.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | |

**Talbert IP Healthcare Partners**
**1665 Scenic Ave.**
**Suite 100**
**Chicago, IL**

| **2.48.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | |

**Three Rivers Provider Network**
**910 Hale Place**
**Suite 101**
**Chula Vista, CA 91914**

| **2.49.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | |

**Tricare**
**270 32nd Street**
**San Diego, CA 92102**

| **2.50.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|

**UMR**
**11 Scott Street**
**Wausau, WI 54403**

Debtor 1    **Hoag Urgent Care - Anaheim Hills, Inc.**

First Name    Middle Name    Last Name    Case number *(if known)*    **8:17-bk-13080**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **N/A** | |
| List the contract number of any government contract | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **United Health Care**<br>**14980 Sand Canyon Avenue**<br>**Irvine, CA 92618** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Vantage**<br>**2115 Compton Ave.**<br>**Suite 300**<br>**Corona, CA 92881** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Western Growers Assurance**<br>**15525 Sand Canyon**<br>**Irvine, CA 92618** |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Sub-Sublease Office Space**<br>**5630 Santa Ana Canyon Road, Anaheim, California**<br>**Expiration Date: August 2021 with two (2) five (5) year renewal options.**<br>**Monthly Rent: $13,904.00 plus an additional $3,011 in deferred rent.** | |
|---|---|---|---|
| | State the term remaining | **4 years** | **Your Neighborhood Urgent Care**<br>**P.O. Box 8979**<br>**Newport Beach, CA 92658** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name     **Hoag Urgent Care - Anaheim Hills, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:17-bk-13080**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Dr. Robert C. Amster** | **32 Drakes Bay Drive Corona Del Mar, CA 92625** | **Opus Bank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 **Hoag Urgent Care – Orange, Inc.** | **7630b. E. Chapman Ave. Orange, CA 92869** | **Opus Bank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 **Hoag Urgent Care – Tustin, Inc.** | **2560 Bryan Ave., Suite A Tustin, CA 92780** | **Opus Bank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.4 **Hoag Urgent Care-Huntington Harbor** | **5355 Warner Ave. #102 Huntington Beach, CA 92649** | **Opus Bank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.5 **HealthSmart MSO, Inc.** | **10855 Business Center Drive, Suite Suite C Cypress, CA 90630** | **Noble Ama Ipa/Noble Mid Orange Coun** | ☐ D _____ ☐ E/F _____ ■ G __2.38__ |

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number *(if known)* | **8:17-bk-13080** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **HealthSmart MSO, Inc.** | **10855 Business Center Drive Suite C Cypress, CA 90630** | **Noble Ama Ipa/Noble Mid Orange Coun** | ☐ D _____ ☐ E/F _____ ■ G  **2.38** |

**Fill in this information to identify the case:**

Debtor name    **Hoag Urgent Care - Anaheim Hills, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:17-bk-13080**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$649,020.32** |
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$765,705.00** |
   | **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$1,268,282.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number *(if known)*  **8:17-bk-13080** |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Attachment to SOFA No. 3.** | | **$0.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address <br> Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Dr. Robert C. Amster** <br> **32 Drakes Bay Drive** <br> **Corona Del Mar, CA 92625** <br> **Owner/President** | **Various Dates** | **$58,536.00** | **Salary/Compensation for Services** |
| 4.2. **Jennifer Amster** <br> **822 E Lomita Ave.** <br> **Orange, CA 92867** <br> **Daughter of Dr. Robert C. Amster, the Owner of the Debtor.** | **Various Dates** | **$33,912.00** | **Salary/Compensation for Services** |
| 4.3. **Faye Amster** <br> **32 Drakes Bay Drive** <br> **Corona De. Mar** <br> **Wife of Dr. Robert C. Amster, the owner of the Debtor.** | **Various Dates** | **$8,258.00** | **Salary/Compensation for Services** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | | Case number *(if known)*    **8:17-bk-13080** |
|---|---|---|---|

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Opus Bank v. Hoag Urgent Care-Tustin, Inc., et. al.**<br>**30-2017-0091145-CU-BC-CJC** | **Civil** | **Orange County Superior Court**<br>**700 W Civic Center Dr.**<br>**Dept. C16**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Daniel & Yeager, LLC, et. al. v. Your Neighborhood Urgent Care, LLC**<br>**(Dismissed without prejudice)**<br>**47-cv-2016-900597** | **Civil** | **Alabama - Madison County Circuit Court**<br>**100 North Side Square**<br>**Huntsville, AL 35801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Opus Bank**<br>**c/o Buchalter (Attention: Barry Smith)**<br>**1000 Wilshire Boulevard, Suite 1500**<br>**12th Floor**<br>**Los Angeles, CA 90017-2457** | **Various assets and property of the Debtor.** | **Unknown** |

| | Case title | | Court name and address |
|---|---|---|---|
| | **Opus v. Hoag Urgent Care, et. al.** | | **Orange County Superior Court** |
| | Case number | | **700 W Civic Center Dr** |
| | **30-2017-00911945-CU-BC-CJC** | | **Dept. C16** |
| | Date of order or assignment | | **Santa Ana, CA 92701** |
| | **May 25, 2017** | | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | | Case number *(if known)*  **8:17-bk-13080** |
|---|---|---|---|

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **BakerHostetler**<br>**11601 Wilshire Boulevard,**<br>**14th Floor**<br>**Los Angeles, CA 90025** | | **August 1,**<br>**2017** | **$10,000.00** |
| | Email or website address<br>**amcdow@bakerlaw.com** | | | |
| | Who made the payment, if not debtor?<br>**Dr. Robert C. Amster** | | | |
| 11.2. | | | **$6,666.67**<br>**7/28/2017**<br>**$1,666.67**<br>**7/24/2017**<br>**$1,666.67**<br>**7/19/2017**<br>**$833.33**<br>**4/27/2017**<br>**$833.33**<br>**4/7/2017** | |
| | **Force Ten Partners, LLC**<br>**Brian Weiss**<br>**20341 Birch Street, Suite 220**<br>**Newport Beach, CA 92660** | | | **$11,666.67** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Radiant Physicians Group, Inc.** | | | |
| 11.3. | | | **$583.33**<br>**12/30/2016**<br>**$583.33**<br>**12/16/2016**<br>**$1,166.67**<br>**11/10/2016**<br>**$500.00**<br>**9/28/2016**<br>**$500.00**<br>**9/21/2016**<br>**$833.33**<br>**8/30/2016** | |
| | **Force Ten Partners, LLC**<br>**Brian Weiss**<br>**20341 Birch Street, Suite 220**<br>**Newport Beach, CA 92660** | | | **$4,166.67** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Your Neighborhood Urgent Care,**<br>**LLC** | | | |

Debtor    **Hoag Urgent Care - Anaheim Hills, Inc.**                      Case number *(if known)*  **8:17-bk-13080**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.4. | **Force Ten Partners, LLC Brian Weiss 20341 Birch Street, Suite 220 Newport Beach, CA 92660** | | **10/19/2016** | **$500.00** |
| | Email or website address | | | |
| | **Who made the payment, if not debtor? Cypress Urgent Care, Inc.** | | | |
| 11.5. | **Winthrop Couchot Golubow Hollander, LLP 660 Newport Center Dr. Newport Beach, CA 92660** | | **$1,666.67 10/3/2016 $1,666.67 11/4/2016** | **$3,333.33** |
| | Email or website address | | | |
| | **Who made the payment, if not debtor? Your Neighborhood Urgent Care, LLC** | | | |
| 11.6. | | | **$833.33 1/30/2017 $833.33 2/17/2017 $833.33 3/1/2017 $833.33 3/13/2017 $833.33 3/24/2017 $833.33 4/7/2017 $833.33 4/27/2017 $8,333.33 5/27/2017** | |
| | **Winthrop Couchot Golubow Hollander, LLP 660 Newport Center Dr. Newport Beach, CA 92660** | | | **$14,166.67** |
| | Email or website address | | | |
| | **Who made the payment, if not debtor? Radiant Physicians Group, Inc.** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number *(if known)* **8:17-bk-13080** |
|---|---|---|

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

### Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **18231 Irvine Blvd., #204 Tustin, CA 92780** | **Previous Mailing Address** |

---

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Hoag Urgent Care - Anaheim Hills, Inc. 5630 E. Santa Ana Canyon Rd. Anaheim, CA 92807** | **Providing urgent care, medical and wellness services to patients of all ages.** | |
| | | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. **5630 E. Santa Ana Canyon Rd. Anaheim, CA  92807** | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |

---

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Personal information and medical records.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.

---

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number *(if known)*  **8:17-bk-13080** |

☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank, N.A.**<br>**2540 Main Street**<br>**Irvine, CA 92614** | **XXXX-2776** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2016** | **Unknown** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Debtor    **Hoag Urgent Care - Anaheim Hills, Inc.**    Case number (if known)    **8:17-bk-13080**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  **Hoag Urgent Care - Anaheim Hills, Inc. 5630 E. Santa Ana Canyon Rd. Anaheim, CA 92807** | **Providing urgent care, medical and wellness services to patients of all ages.** | **Dates business existed** EIN:  **45-2252364** From-To  **March 2011 - Present** |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Joe Gaglio, CPA 16512 Burke Lane Huntington Beach, CA 92647-4538** | **2011 - present** |
| 26a.2.  **Kristin Walsh Walsh Consulting, Inc. 46 Serenity Irvine, CA 92618** | **March 2017 - Present** |
| 26a.3.  **Kevin Hartley Adaptive CPA 1240 E Ontario Ave #102 Corona, CA 92881** | **August 2016 - Present** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number *(if known)* **8:17-bk-13080** |
|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.4. **Hall & Associates**<br>**18101 Von Karman Ave**<br>**Ste 1290**<br>**Irvine, CA 92612** | **June 2016 -**<br>**September 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Brian Weiss**<br>**Force Ten Partners, LLC**<br>**20341 Birch Street, Suite 220**<br>**Newport Beach, CA 92660** | **2016-2017** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **David P. Stapleton**<br>**Stapleton Group**<br>**515 South Flower Street**<br>**36th Floor**<br>**Los Angeles, CA 90071** | **The State Court**<br>**appointed receiver**<br>**May 25 2017 -**<br>**petition date** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Kevin Hartley**<br>**Adaptive CPA**<br>**1240 E Ontario Ave #102**<br>**Corona, CA 92881** | |
| 26c.2. **Joe Gaglio, CPA**<br>**16512 Burke Lane**<br>**Huntington Beach, CA 92647-4538** | |
| 26c.3. **Hall & Associates**<br>**18101 Von Karman Ave**<br>**Ste 1290**<br>**Irvine, CA 92612** | |
| 26c.4. **Kristin Walsh**<br>**Walsh Consulting, Inc.**<br>**46 Serenity**<br>**Irvine, CA 92618** | |
| 26c.5. **Robert Girolamo**<br>**Your Neighborhood Urgent Care**<br>**P.O. Box 8979**<br>**Newport Beach, CA 09265-8000** | |
| 26c.6. **Brian Weiss**<br>**Force Ten Partners, LLC**<br>**20341 Birch Street, Suite 220**<br>**Newport Beach, CA 92660** | |

Debtor    **Hoag Urgent Care - Anaheim Hills, Inc.**                    Case number *(if known)*  **8:17-bk-13080**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.7.    **David P. Stapleton**<br>**Stapleton Group**<br>**515 South Flower Street**<br>**36th Floor**<br>**Los Angeles, CA 90071** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Opus Bank**<br>**19900 MacArthur Boulevard**<br>**12th Floor**<br>**Irvine, CA 92612** |
| 26d.2.    **Global Capital Markets**<br>**19100 Von Karman Ave**<br>**Suite 950**<br>**Irvine, CA 92612** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☐ No
    ☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **David Stapleton (the State Court Appointed Receiver)** | **June 2017** | **Unknown** |
| | Name and address of the person who has possession of inventory records | | |
| | **The Stapleton Group**<br>**515 South Flower Street**<br>**36th Floor**<br>**Los Angeles, CA 90071** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dr. Robert C. Amster** | **32 Drakes Bay Drive**<br>**Corona Del Mar, CA 92625** | **President /  Director / Sole shareholder** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☑ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | Case number *(if known)*  **8:17-bk-13080** |

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Response to SOFA No. 4. See also Attachment to SOFA No. 30.** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **American Funds** | **EIN:** |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        **August 25, 2017**

**/s/ Dr. Robert C. Amster**                                    **Dr. Robert C. Amster**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor        **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**Attachment to SOFA No. 3**

HUC - Anaheim Hills
**Transaction List by Vendor**
May 1 through August 2, 2017

| Type | Date | Name Address | Name City | Name State | Name Zip | Name Phone # | Amount |
|---|---|---|---|---|---|---|---|
| **Harris Medical Associates** | | | | | | | |
| Bill Pmt -Check | 05/12/2017 | 1180 Satellite Blvd Ste 200 Suwanee, GA 30024 | Suwanee | GA | 30024 | 770-497-9685 | -7,796.25 |
| **Integrity Locums** | | | | | | | |
| Bill Pmt -Check | 05/26/2017 | P.O. Box 823424 Philadelphia, PA 19182-3424 | Philadelphia | PA | 19182-3424 | 800-975-2115 | -5,150.00 |
| Bill Pmt -Check | 06/23/2017 | P.O. Box 823424 Philadelphia, PA 19182-3424 | Philadelphia | PA | 19182-3424 | 800-975-2115 | -1,500.00 |
| Bill Pmt -Check | 07/22/2017 | P.O. Box 823424 Philadelphia, PA 19182-3424 | Philadelphia | PA | 19182-3424 | 800-975-2115 | -3,290.00 |
| **Medline** | | | | | | | |
| Bill Pmt -Check | 05/12/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -2,857.42 |
| Bill Pmt -Check | 05/26/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -2,029.84 |
| Bill Pmt -Check | 05/26/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -373.53 |
| Bill Pmt -Check | 06/20/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -1,924.03 |
| Bill Pmt -Check | 06/30/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -2,691.87 |
| **Newport Healthcare Center, LLC** | | | | | | | |
| Bill Pmt -Check | 05/10/2017 | c/o California Commercial 1800 Quail St. Suite 100 Newport Beach, CA 92660 | Newport Beach | CA | 92660 | 949-650-0040 | -21,549.94 |
| **Radiant Physician Group** | | | | | | | |
| Check | 05/15/2017 | | | | | | -5,000.00 |
| Check | 05/31/2017 | | | | | | -63,000.00 |
| Check | 06/12/2017 | | | | | | -3,268.22 |
| Check | 06/30/2017 | | | | | | -29,539.14 |
| Check | 07/31/2017 | | | | | | -30,271.71 |
| **Stapleton Group (Receiver)** | | | | | | | |
| Check | 08/02/2017 | 514 Via de la Valle, Suite 206, CA 92075 | Solana Beach | CA | 92075 | | -$24,000.00 |

Attachment to SOFA No. 30

| Name * | Address | Amount of Payment | Date | Reason for Payment |
|---|---|---|---|---|
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,115.00) | 8/3/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,630.00) | 8/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (700.00) | 8/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,600.00) | 8/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (9,550.00) | 8/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (200.00) | 8/10/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,220.00) | 8/10/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,055.00) | 8/11/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,339.00) | 8/11/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,770.00) | 8/12/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,445.00) | 8/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,700.00) | 8/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,580.00) | 8/17/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,375.00) | 8/18/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,135.00) | 8/19/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,300.00) | 8/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,450.00) | 8/23/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,535.00) | 8/24/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,600.00) | 8/26/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,200.00) | 8/29/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (8,800.00) | 8/30/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,500.00) | 8/31/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (850.00) | 9/1/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,675.00) | 9/1/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,300.00) | 9/2/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,890.00) | 9/2/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,515.00) | 9/6/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,260.00) | 9/6/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,520.00) | 9/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,555.00) | 9/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,750.00) | 9/8/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,740.00) | 9/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,790.00) | 9/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,255.00) | 9/12/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (247.00) | 9/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,925.00) | 9/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,338.00) | 9/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (715.00) | 9/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,260.00) | 9/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,125.00) | 9/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,630.00) | 9/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,030.00) | 9/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,045.00) | 9/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,085.00) | 9/19/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,975.00) | 9/19/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,080.00) | 9/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |

| Name * | Address | Amount of Payment | Date | Reason for Payment |
|---|---|---|---|---|
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,795.00) | 9/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (665.00) | 9/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (895.00) | 9/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,395.00) | 9/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,935.00) | 9/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,240.00) | 9/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,045.00) | 9/23/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,205.00) | 9/23/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24060 Camino Del Avion, Dana Point, CA  92629 | $ (8,800.00) | 9/27/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (8,220.00) | 9/27/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,315.00) | 9/28/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,900.00) | 9/29/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,945.00) | 9/29/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,855.00) | 10/3/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,730.00) | 10/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (9,625.00) | 10/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,490.00) | 10/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,510.00) | 10/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,530.00) | 10/6/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,650.00) | 10/6/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,990.00) | 10/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,395.00) | 10/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,445.00) | 10/11/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,570.00) | 10/12/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,840.00) | 10/12/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,745.00) | 10/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,980.00) | 10/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,845.00) | 10/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,215.00) | 10/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,000.00) | 10/18/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (11,050.00) | 10/18/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,005.00) | 10/19/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,910.00) | 10/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,860.00) | 10/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,560.00) | 10/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,165.00) | 10/24/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (12,615.00) | 10/25/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,870.00) | 10/26/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,320.00) | 10/27/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,625.00) | 10/28/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (13,485.00) | 11/1/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,700.00) | 11/2/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,950.00) | 11/3/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,465.00) | 11/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,755.00) | 11/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care – Tustin, Inc. | 2560 Bryan Ave., Suite A, Tustin, CA  92780 | $ (6,750.00) | 11/8/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |

| Name * | Address | Amount of Payment | Date | Reason for Payment |
|---|---|---|---|---|
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (9,000.00) | 11/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,845.00) | 11/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,445.00) | 11/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,100.00) | 11/23/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24060 Camino Del Avion, Dana Point, CA 92629 | $ (4,130.63) | 11/25/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24060 Camino Del Avion, Dana Point, CA 92629 | $ (12,100.00) | 11/29/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (487.53) | 12/1/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (17,300.00) | 12/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,800.00) | 12/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,200.00) | 12/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,300.00) | 12/8/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care – Tustin, Inc. | 2560 Bryan Ave., Suite A, Tustin, CA 92780 | $ (3,600.00) | 12/12/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Cypress Urgent Care, Inc. | 6876 Katella Ave., Cypress, CA 90630 | $ (5,300.00) | 12/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,100.00) | 12/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (900.00) | 12/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |

| Name * | Address | Amount of Payment | Date | Reason for Payment |
|---|---|---|---|---|
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,900.00) | 12/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,300.00) | 12/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Cypress Urgent Care, Inc. | 6876 Katella Ave., Cypress, CA 90630 | $ (6,600.00) | 12/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care – Tustin, Inc. | 2560 Bryan Ave., Suite A, Tustin, CA 92780 | $ (3,700.00) | 12/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24060 Camino Del Avion, Dana Point, CA 92629 | $ (3,400.00) | 12/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,700.00) | 12/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (9,500.00) | 12/23/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,600.00) | 12/27/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (100.00) | 1/3/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (23,000.00) | 1/4/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24060 Camino Del Avion, Dana Point, CA 92629 | $ (11,000.00) | 1/9/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,400.00) | 1/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (12,500.00) | 1/17/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (11,000.00) | 1/23/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (28,700.00) | 2/1/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,000.00) | 2/8/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (10,000.00) | 2/10/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,714.73) | 2/17/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,000.00) | 2/21/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (14,726.00) | 2/23/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (35.00) | 3/3/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (11,300.00) | 3/6/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (9,697.74) | 3/7/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,500.00) | 3/10/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,182.83) | 3/14/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 3/17/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 3/21/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,000.00) | 3/24/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,000.00) | 3/24/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,000.00) | 3/27/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 3/31/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 4/6/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,000.00) | 4/7/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 4/28/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (10,000.00) | 5/1/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (20,000.00) | 5/11/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 5/15/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (15,000.00) | 5/19/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (18,000.00) | 5/25/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,735.75) | 6/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (870.22) | 6/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (662.25) | 6/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (13,464.71) | 6/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (581.00) | 6/22/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (711.48) | 6/22/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,250.00) | 6/22/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |

| Name * | Address | Amount of Payment | Date | Reason for Payment |
|---|---|---|---|---|
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,067.89) | 6/26/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,250.00) | 6/26/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,029.09) | 6/26/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (8,184.97) | 6/26/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,250.08) | 7/10/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,156.84) | 7/10/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,719.03) | 7/24/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,853.36) | 7/24/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,330.92) | 7/24/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (711.48) | 7/31/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,250.00) | 7/31/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |

* In the interest of full disclosure only, the Debtor is identifying the transfers herein.  However, the Debtor reserves all right with respect to whether these transfers were made to insiders within the meaning
11 U.S.C. Sec. 101(31). In addition, the Debtor is in the process of engaging a forensic tax accountant to analyze the prior tax returns and financials for each of the Debtors from inception to present
In the event that this analysis demonstrates that there are additional funds transferred between any of the Debtors and/or affiliated entities, the SOFA will be amended as necessary and appropriate

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    **Hoag Urgent Care - Anaheim Hills, Inc.**        Case No.    **8:17-bk-13080**

Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 16,666.66 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 6,666.66 |

2.   The source of the compensation paid to me was:

     ☐ Debtor     ■ Other (specify):    **Dr. Robert C. Amster (the balance due was paid post-petition from Dr. Robert C. Amster).**

3.   The source of compensation to be paid to me is:

     ☐ Debtor     ■ Other (specify):    **Estate funds on a moving forward basis.**

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 25, 2017**          **/s/ Ashley M. McDow, Esq.**

*Date*          **Ashley M. McDow, Esq. 245114**

                         *Signature of Attorney*

                         **BakerHostetler**
                         **11601 Wilshire Boulevard, 14th Floor**
                         **Los Angeles, CA 90025**
                         **310.820.8800  Fax: 310.820.8859**
                         **amcdow@bakerlaw.com**

                         *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ashley M. McDow, Esq.**<br>**11601 Wilshire Boulevard, 14th Floor**<br>**Los Angeles, CA 90025**<br>**310.820.8800 Fax: 310.820.8859**<br>California State Bar Number: **245114**<br>amcdow@bakerlaw.com | |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Hoag Urgent Care - Anaheim Hills, Inc.**

CASE NO.: **8:17-bk-13080**

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS - FIRST AMENDED

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __51__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August 25, 2017**

**/s/ Dr. Robert C. Amster**
Sigant.ure of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **August 25, 2017**

**/s/ Ashley M. McDow, Esq.**
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                **F 1007-1.MAILING.LIST.VERIFICATION**

Hoag Urgent Care - Anaheim Hills, Inc.
P.O. Box 8979
Newport Beach, CA 92658


Ashley M. McDow, Esq.
BakerHostetler
11601 Wilshire Boulevard, 14th Floor
Los Angeles, CA 90025


 HealthSmart MSO, Inc.
10855 Business Center Drive, Suite
Suite C
Cypress, CA 90630


1st Protection Systems
P.O. Box 1840
Santa Ana, CA 92702


1st Protection Systems
PO BOX 1840
Santa Ana, CA 92702


A-S Medical Solutions
2401 Commerce Drive
Libertyville, IL 60048


A-S Medication Solutions
2401 Commerce Drive
Libertyville, IL 60048


Aaron Fitzgerald
1338 Halibut Street
Foster City, CA 94404

Aaron Smith
4846 E Bradford Ave.
Orange, CA 92867


Absolute Sign Company
4652 Katella Ave
Los Alamitos, CA 90720


Access Medical Management
2325 W. Victory Blvd,
Suite #1
Burbank, CA 91506


Access Medical Management
2325 W. Victory Blvd., Ste. 1
Burbank, CA 91506


Action 1st Loss Prevention
32861 Dana Poplar
Dana Point, CA 92629


Adam Cardenas
6001 E Camino Correr
Anaheim, CA 92807


Adam Ibarra
2453 Branch Ln.
Brea, CA 92821


Admiral Pest Control
9434 Artesia Blvd.
Bellflower, CA 90706

ADOC Medical Group
600 City Pkwy W #400
Orange, CA 92868


Adrian Quintero
155 N Citrus Ranch
Anaheim, CA 92805


Aetna
PO Box 14079
Lexington, KY 40512-4079


AETNA
151 Farmington Ave.
Hartford, CT 06156


AG Bowles
5780 E. River Valley Trl
Anaheim Hills, CA 92807-4843


Aida Rodriguez
2050 N. Diamond Street
Orange, CA 92867


Airtronix, Inc.
6 Foxglove Way
Irvine, CA 92612


Ali Parsaeian, MD
22 Stillwater
Newport Beach, CA 92657

All Medical Personnel, LLC
Attention: Ray Iturrioz
4000 Hollywood Blvd,
Suite 600N
Hollywood, FL 33021


All Medical Personnel, LLC
4000 Hollywood Blvd., Ste. 600
ATTN: Ray Iturrioz
Hollywood, FL 33021


All Star Recruiting
P.O. Box 823424
Philadelphia, PA 19182


All Star Recruiting
PO Box 823424
Philadelphia, PA 19182


Allan Kenworthy
8375 E. Quiet Canyon Ct.
Anaheim, CA 92808


Allison Magda
5922 E Firenze Cres.
Anaheim, CA 92807


Amardeep Sandhu
70 Revell Cir
Buena Park, CA 90620


Amber Brinkley
655 Huntley Drive
Corona, CA 92882

Ana Martinez
425 S Ranch View Cir.
Anaheim, CA 92807


Andrew Welch-Horrowitz
3812 E Sycamore Ave.
Orange, CA 92869


Angela Campos
1711 N Concerto Dr.
Anaheim, CA 92807


Angela Corning
993 Iron Horse Drive
San Marcos, CA 92078


Angelus Medical & Optical Co., Inc.
13007 S. Western Avenue
Gardena, CA 90249


Anita Damodaran
711 Afton Court
Redlands, CA 92374


Ann Marie Slotemaker
120 S Woodrose Ct.
Anaheim Hills, CA 92807


Anna Halbeisen, DO PC
6220 E Ocean Blvd
Long Beach, CA 90803

Anthem Blue Cross Overpayment Recovery
PO Box 92420
Cleveland, OH 44193


Anthony Trapolino
7850 E. Woodsboro Ave
Anaheim Hills, CA 92807


Applecare Medical Management
18 Centerpointe Drive,
La Palma, CA 90623


Arian Nasiri, M.D.
464 Sonora Circle
Redlands, CA 92373


Arta Health Network
3333 Michelson Dr Ste 735
Irvine, CA 92612


Artemis Kefallinos
5430 E Willowick Circle
Anaheim Hills, CA 92807


Ashkan Sefaradi
1426 S. Cardiff Ave
Los Angeles, CA 90035


Ashley M. McDow, Esq.
Baker Hostetler
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90035

Ashley M. McDow, Esq.
BakerHostetler
11601 Wilshire Blvd., te. 1400
Los Angeles, CA 90035


Assurant Health
 P.O. Box 624
Milwaukee, WI 53201


Audiology Systems
Dept. CH 16948
Palatine, IL 60055


Banyan International Corporation
2118 E Interstate 20 P.O. Box 1779
Abiline, TX 79604-1779


Barbara Klyde
2391 N. River Trail Road
Orange, CA 92865


Barton Associates
P.O. Box 417844
Boston, MA 02241-7844


Beau Turner
2837 N. Roxbury Street
Orange, CA 92867


Bellvs Aesthetic and Weight Loss
14591 Newport Avenue
Suite 106
Tustin, CA 92780

Bellvs Aesthetic and Weight Loss Center
14591 Newport Ave, Suite 106
Tustin, CA 92780

Berrett Pest Management
3305 E Miraloma #173
Anaheim, CA 92806

Bikash Devaraj
330 Cordova St., Apt #305
Pasadena, CA 91101

Bikash Devaraj, MD Inc.
330 Cordova St Apt #305
Pasadena, CA 91101

Blake O'Donnell
385 S Smokeridge Terrace
Anaheim, CA 92807

Blanca Ramirez
19985 Apple Creek Ln.
Yorba Linda, CA 92886

Blue Cross Covered California
21555 Oxnard Street
Woodland Hills, CA 91367

Blue Cross Of Blue Shield Pathway T
801 Franklin Street
Oakland, CA 94607

Blue Shield of California
P.O. Box 272560
Chico, CA 95927


Breech Street Network
 25500 Commercentre Dr.
Lake Forest, CA 92630


Brett Tompkins
6323 Paseo Corono
Carlsbad, CA 92009


Bristol Park
11420 Warner Ave, Ste. 110
Fountain Valley, CA 92708


BSN Medical Inc.
P.O. Box 751766
Charlotte, NC 28275-1766


Buchaler, a Prof. Corporation
1000 Wilshire Blvd., Ste. 1500
Attention: Barry A. Smith
Los Angeles, CA 90017


Buchalter, a Prof. Corporation
Attention: Barry A. Smith
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457


California Department of Public Health A
P.O. Box 997376
Sacramento, CA 95899-7376

California Physicians' Service
dba Blue Shield of California
Attn: Senior VP, Network Management
6300 Canoga Avenue, 12th Floor
Woodland Hills, CA 91367


Caloptima
Chief Executive Officer
505 City Drive West
Orange, CA 92868


Caloptima Care Network
505 City Pkwy W
Orange, CA 92868


Cameron Jacques
3335 Red Pine Rd
Yorba Linda, CA 92886


Cammie Weitzel
2782 N. Sheffield Drive
Orange, CA 92886


Candyce Moore
6036 Oak Meadow Dr.
Yorba Linda, CA 92886


CAP MPT
333 S. Hope Street, 8th Floor
Los Angeles, CA 90071-1409


Caremore Medical Group
12898 Towne Center Drive
Cerritos, CA 90703

Carla Venzor
998 La Costa Drive, #M204
Corona, CA 92879


Carlo Juan Raguindin
19525 Georgina Circle
Cerritos, CA 90703


Carol Lancaster
2515 N Torres St.
Orange, CA 92865


Carol Raheb
1275 N. Chrisden St. Apt. M102
Anaheim, CA 92807


Carrie Tanos
8652 E. Silver Ridge Ln.
Anaheim, CA 92808


Cedar Financial
5230 Las Virgenes Road
Calabasas, CA 91302


Central Drug System
16560 Harbor Blvd.
Suite A
Fountain Valley, CA 92708


Central Drug System
16560 Harbor Blvd., Ste. A
Fountain Valley, CA 92708

Cesar Vences
13224 Newport Ave. #21B
Tustin, CA 92780


CHOC Health Alliance
1120 W La Veta Ave.
Suite 100
Orange, CA 92868


Choice Health Med & Animal Sciences West
P.O. Box 790448
St. Louis, MO 63179-0448


Christi McGowan
17162 La Collette Pl.
Yorba Linda, CA 92886


Christia Duralde
15692 Outrigger Drive
Chino Hills, CA 91709


Christina L. Duralde
15692 Outrigger Dr.
Chino Hills, CA 91709


Christopher Rodriguez
337 Beal Ave
Placentia, CA 92870


Cigna
Cigna Corporate Headquarters
900 Cottage Grove Road
Bloomfield, CT 06002

CIGNA Healthcare of California, Inc
Connecticut General Life Insurance
400 North Brand Blvd., Suite 400
Glendale, CA 91203


City of Anaheim
Business Tax Renewal
P.O. Box 61042
Anaheim, CA 92803


City of Anaheim Business Tax Renewa
PO Box 61042
Anaheim, CA 92803


City of Anaheim Division of Collections
201 S. Anaheim Blvd. P.O. Box 3222
Anaheim, CA 92805


City of Cypress
5275 Orange Avenue
Cypress, CA 90630


Clarkestone Research, PLLC
11539 Trailway Drive
Riverside, CA 92505


Classic Ride Designs
25721 Paseo Colonial
San Juan Capistrano, CA 92675


Clavel Enterprises c/o Jassmine Clavel
P.O. Box 1168
Monrovia, CA 91017-1168

ClearLine Plumbing Solutions
718 Utica Avenue
Huntington Beach, CA 92648


CLIA Laboratory Program
P.O. Box 530882
Atlanta, GA 30353-0882


Clockwise MD Lightshed Healthcare Techno
554 North Avenue NW, Suite E
Atlanta, GA 30318


Collen Davis
1356 Deeplawn Dr.
Diamond Bar, CA 91765


Consolidated Medical Bio-Analysis
11215 Knott Ave
Cypress, CA 90630


Continental Maintenance, Inc.
13318 Mapledale Street
Norwalk, CA 90650


Continental Matinenace, Inc.
13318 Mapledale Street
Norwalk, CA 90650


Cornman and Swartz
P.O. Box 7789
Newport Beach, CA 92658

County of Orange Attn: Treasurer - Tax C
P.O. Box 1438
Santa Ana, CA 92702-1438


Courtney Sykes
4291 Valley View Ave
Norco, CA 92860


Cox Communications
P.O. Box 53280
Phoenix, AZ 85052


Cox Communications
PO Box 53280
AZ 85052


Cryo Specialties
13335 Shawnee Rd
Apple Valley, CA 92308


Cypress Chamber of Commerce
5550 Cerritos Ave Ste D
Cypress, CA 90630


D&Y
P.O. Box 635715
Cincinnati, OH 45263-5715


Dana Encheff
4756 Golden Ridge Dr.
Corona, CA 92880

Daniel Tinoco
12292 Firebrand Street
Garden Grove, CA 92840


Daniela Tanzarelli
8208 E Blackwillow Cir.
Anaheim, CA 92808


Danielle Follweiler
3332 Florista Street
Los Alamitos, CA 90720


Danielle Lazarus
4445 E Ardmore
Anaheim, CA 92807


Danielle Lee
P.O. Box 940393
Simi Valley, CA 93094


David Bowman
26701 Brandon
Mission Viejo, CA 92692


David Stapleton
515 So. Flower St., 36th Floor,
Los Angeles, CA 90071


Delilah D. McDonald
748 W. Crystal View Ave
Orange, CA 92865

Delta Locum Tenens
P.O. Box 202940
Dallas, TX 75320-2940


Denise Formagus
1974 N. Everglades Cir.
Orange, CA 92867


Department of Public Health Radiologic H
P.O. Box 997414
Sacramento, CA 95899-7414


DHS Security
PO Box 4335
Costa Mesa, CA 92626


Diane Flewelling
215 Killeen Way
Placentia, CA 92870


Diane Wittenberg
16708 Clubhouse Dr.
Yorba Linda, CA 92886


Dr. Pravin Shaw, Inc.
11301 Spectrum
Irvine, CA 92618


Dr. Robert C. Amster
32 Drakes Bay Drive
Corona Del Mar, CA 92625

EBA & M Corp
3505 Cadillac Ave.
Suite O201
Costa Mesa, CA 92626


Edgar Baruch
606 Cypress Ave
Santa Ana, CA 92701


Electronic Network Systems
Dept 1078
Denver, CO 80256


Elizabeth Harris
6734 E Kentucky Ave.
Anaheim, CA 92807


Elizabeth Levin
1011 4th Street, Apt 311
Santa Monica, CA 90403


Eric Hargis
416 Santa Barbara
Irvine, CA 92606


Erica Garcia
527 S Priscilla Way
Anaheim, CA 92806


Erin McDaniel
273 S Brookside Ct.
Anaheim, CA 92808

eScreen
PO Box 841358
Dallas, TX 75284-1358


Evelina Morales
1072 Doral Ct.
Ontario, CA 91761


Evelyn Ceballos
503 N. Chantilly
Anaheim, CA 92806


Exchange Bank
PO Box 760
Santa Rosa, CA 95402-0760


Faye Amster
32 Drakes Bay Drive
Corona Del Mar, CA 92625


Fire Doctor Extinguisher Company
13656 Red Hill Ave.
#B
Tustin, CA 92780


Fire Doctor Extinguisher Company
13656 #B Red Hill Ave
Tustin, CA 92780


Fire Inspections Company
603 Seagaze Drive, Suite 271
Oceanside, CA 92054

First Choice Health Care
2010 Wilshire Blvd.
Suite 900
Los Angeles, CA 90057


FM Medical, Inc.
26712 Sierra Vista
Mission Viejo, CA 92692


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531


Freedom Imaging, Inc.
1401 Ball Rd., Suite E
Anaheim, CA 92805


Freedom Imaging, Inc.
1401 Ball Road, Suite E
Anaheim, CA 92805


Garden Grove Chamber of Commerce
12866 Main Street, Ste 102
Gardena Grove, CA 92840


GEHA
P.O. Box 4665
Independence, MO 64051-4665


George Soliman
625 Payette Circle
Corona, CA 92881

Georgene Flenniken
120 Wintergreen Street
Brea, CA 92821


Gianna Petrosian
1106 S Country Glen Way
Anaheim, CA 92808


Gil Florez
5232 E. Tango Avenue
Anaheim, CA 92807-2020


Golden Rule Insurance
4065 Osage Beach Parkway
Osage Beach, MO 65065


Golden State Water Company
PO Box 9016
San Dimas, CA 91773-4033


GRaM X-RAY, Inc.
7350 Melrose Street
Buena Park, CA 90621


Greater Newport Physicians
330 Placentia Ave.
Newport Beach, CA 92663


Gregory Haydu
103 N. Merrimac Dr., Apt A
Anaheim, CA 92807

Gregory Sabala
745 S Crown Pointe Dr.
Anaheim, CA 92807


Guardian
PO Box 95101
Chicago, IL 60694-5101


Gustavo Quintero
8342 E Norfolk Ave
Orange, CA 92867


H.L.Burns the Plumber
1607 East McFadden Ave., Unit E
Santa Ana, CA 92705


Hall & Company
111 Pacifica
Suite 300
Irvine, CA 92618


Hall & Company
111 Pacifica, Ste. 300
Irvine, CA 92618


Harris Medical Associates
1180 Satellite Blvd.
Suite 200
Suwanee, GA 30024


Harris Medical Associates
1180 Satellite Blvd., Ste. 200
Suwanee, GA 30024

Harsha Patel
1275 N. Chrisden Street, #G207
Anaheim, CA 92807


Harvard Pilgrim Health Care
185 Asylum Street, 2nd Floor
Hartford, CT 06103


Health EOS
10971 Sun Center Drive
Rancho Cordova, CA 95670


Health Net
21650 Oxnard St.
Woodland Hills, CA 91367


HealthSmart MSO, Inc.
10855 Business Center Drive
Suite C
Cypress, CA 90630


Hector Hernandez
18532 10th Street
Bloomington, CA 92316


HemoCue, Inc.
PO Box 951741
Dallas, TX 75395-1741


Highland Capital Corporation
5 Center Avenue
Little Falls, NJ 07424

HMWC CPAs & Business Advisors
17501 East 17th St, Ste 100
Tustin, CA 92780-7924


Hoag Urgent Care
Huntington Harbor
5355 Warner Ave., #102
Huntington Beach, CA 92649


Hoag Urgent Care - Anaheim Hills
5630 E. Santa Ana Canyon Road
Anaheim, CA 92807


Hoag Urgent Care - Orange, Inc.
7630b E. Chapman Avenue
Orange, CA 92869


Hoag Urgent Care -Huntington Harbor
5355 Warner Avenue #102
Huntington Beach, CA 92649


Hoag Urgent Care Anaheim Hills, Inc
PO Box 8979
Newport Beach, CA 92658


Hoag Urgent Care – Orange, Inc.
7630b. E. Chapman Ave.
Orange, CA 92869


Hoag Urgent Care – Tustin, Inc.
2560 Bryan Ave., Suite A
Tustin, CA 92780

Hoag Urgent Care-Huntington Harbor
5355 Warner Ave. #102
Huntington Beach, CA 92649


Holly Rackliffe
28450 Evening Breeze Dr.
Yorba Linda, CA 92887


Humana Choicecare Network
1200 Coit Road, Suite 109
Plano, TX 75075


Ian O'Donnell
385 S Smokeridge Terrace
Anaheim, CA 92807


Idearc Media LLC ATTN: ACCT RECEIVABLE D
PO BOX 619009
DFW Airport, TX 75261-9009


Ilene Corbett
1063 S Burlwood Dr.
Anaheim, CA 92807


ILWI
1188 Franklin St.
San Francisco, CA 94109


Integrity Healthcare Locums, LLC
P.O. Box 823424
Philadelphia, PA 19182-3424

Integrity Healthcare Locums, LLC
PO Box 823424
Philadelphia, PA 19182-3424


Interim Physicians
PO Box 678004
Dallas, TX 75267-8004


Irina Sabers
3324 E Longridge Dr.
Orange, CA 92867


J1 MAC - Palmetto GBA Part B Accounts Re
P.O. Box 250
Augusta, GA 30903-0250


Jack B Keeter
1251 N. Manassero Street Ste 405A
Anaheim Hills, CA 92807


Jack Vu, MD
39 Calvados
Newport Coast, CA 92657


James Mcilvaine
409 W. Fletcher Avenue
Orange, CA 92865


James Shrader
4 Pomelo
Rancho Santa Margarita, CA 92688

Janis Buchner
4271 Ranch Gate Road
Anaheim Hills, CA 92807


Janis Mauldin
5436 E Spyglass Way
Anaheim, CA 92807


Jeannette Dalena
777 S Peralta Hills Dr.
Anaheim, CA 92807


Jeffrey Sudeith
1 Rapallo
Irvine, CA 92414


Jennifer Amster
822 E Lomita Avenue
Orange, CA 92867


Jennifer Doumas
6621 MacArthur Drive
Lemon Grove, CA 91945-1340


Jillian Piper
2942 N. Sandy Beach Drive
Bay City, MI 48706


Jim Serag
24881 Alicia Parkway #E253
Laguna Hills, CA 92653

Joann Robbins
1089 S. Burlwood Drive
Anaheim, CA 92807


John P. Anderson, MD, Inc.
4812 Oceanridge Dr
Huntington Beach, CA 92649


Joline Tilly
340 Ashton Drive
Laguna Beach, CA 92651


Jonathan Sorci
33 Carriage Hill Lake
Laguna Hills, CA 92653


Jose Torres
111 East Hoover Avenue
Orange, CA 92867


Joseph Tonetti
20170 Clear River Lane
Yorba Linda, CA 92886


Joshua Snodgrass
4700 Warner Ave, #103
Huntington Beach, CA 92649


Juan Morales
1072 Doral Ct
Ontario, CA 91761

Just In Time Plumbing
2125 Sherington Place Unit C304
Newport Beach, CA 92553


Kahesha Franklin, MD
7214 City Lights Drive
Aliso Viejo, CA 92656


Karen Reed
18791 Oak Ridge Dr.
Santa Ana, CA 92705


Kari Heil
5569 East Edgemar Ave.
Anaheim, CA 92807


Kathy Ly
625 Longfellow Dr.
Placentia, CA 92870


Kenadie Lott
7963 N. Sparrowhawk Circle
Eagle Mountain, UT 84005


Kenneth Hammonds
27960 Cabot Rd #412
Laguna Niguel, CA 92677


Kevin H.

Kevin Warner
1281 N. Walden Ln
Anaheim, CA 92807


Kim Moore
3735 San Antonio Rd.
Yorba Linda, CA 92886


Kimberly Spake
1881 N Cymbal
Anaheim, CA 92807


Kims Consults c/o David Bowman
26701 Brandon
Mission Viejo, CA 92692


Kitty Goldsmith
253 S. Calle Diaz
Anaheim, CA 92807


Kristin Bernardino
5875 Portsmouth Rd.
Yorba Linda, CA 92887


Kristin Walsh
Walsh Consulting, Inc.
46 Serenity
Irvine, CA 92618


Kumar Gandhi
24631 Acropolis Dr.
Mission Viejo, CA 92691

Kylee Lucas
1330 East Balsam
Anaheim, CA 92805


LAACC
3231 Katella Avenue
Los Alamitos, CA 90720


Lakewood IPA
and/or its Divisions: Alamitos IPA,
St. Mary IPA, Brookshire IPA
4909 Lakewood Blvd., Suite 200
Lakewood, CA 90712


Lakewood Lock and Key
PO Box 3458
Lakewood, CA 90711


Larry Hazlett
4961 Cartelen Drive
Placentia, CA 92870


Layla Ghane
834 S Bramble Way
Anaheim, CA 92808


Leticia Rodriguez
589 S. Los Coyotes Drive
Anaheim, CA 92807-4615


Lexus Financial Services
PO Box 60116
City of Industry, CA 91716-0116

Lezile Weaver
4300 E Cornwall Ave.
Orange, CA 92867


Lindsey Hall
106 Chautaugua Road
Arnold, mD 21012


Lisa Webb
3447 E. Alderly Ln
Orange, CA 92867


lori Elsasser
8685 E Silver Ridge Ln.
Anaheim, CA 92808


Lori Strawn
1401 Reisig Road
Saginaw, MI 48604


Lori Young
8260 Lost River Rd.
Corona, CA 92880


Los Alamitos Medical Center
3751 Katella Ave.
Los Alamitos, CA 90720


Los Angeles Magazine
PO Box 421929
Palm Coast, FL 32142-1929

Lucienne Lent
710 Alcott Avenue
Placentia, CA 92870-2704


Madison Pak
7986 E Hamshire Rd.
Orange, CA 92867


Mahrdad Salimkhanian, A Professional Cor
27380 Morro Drive
Mission Viejo, CA 92692


Mara McMurtrey
9812 Daron Dr.
Orange, CA 92861


Marc Stretten, MD
500 W. Graham Ave. #81
Lake Elsinore, CA 92531


Marcela Rangel
PO Box 4608
Downey, CA 90241


Marilyn Egler
25721 Paseo Colonial
San Juan Capistrano, CA 92675


Marina Zanolini
4882 E. Maychelle Dr
Anaheim, CA 92807

Marissa Munoz
2020 W. Alameda Avenue, #16
Anaheim, CA 92801


Marjan Nawabi
829 S. Yellowstone Way
Anaheim, CA 92808


Marvin C. Prichard MD, Inc.
425 Panama Ave
Long Beach, CA 90814


Mary E. Stone
20455 Via Castellon
Yorba Linda, CA 92886


Mary Fitzgerald
1338 Halibut Street
Foster City, CA 94404


Mary Peoples
833 E Meadbrook St.
Carson, CA 90746


Maureen Eman
6000 E. Avenida Arbol
Anaheim, CA 92708-3222


Medical
820 Stillwater Road
West Sacramento, CA 95605

Medical Board of California
2005 Evergreen Street Suite 1200
Sacramento, CA 95815


Medical Under Prostpect
3415 S. Sepulveda Blvd.,
9th Floor
Los Angeles, CA 90034


Medicare
440 E. Middlefield Road
Mountain View, CA 94043


Medline
Dept. LA 21558
Pasadena, CA 91185


Medline
Dept LA 21558
Pasadena, CA 91185


Melanie Messner
744 S. Hidden Creek Circle
Anaheim Hills, CA 92808


Memorial Care
17360 Brookhurst St., #160
Fountain Valley, CA 92708


Meridian Building Maintenance
4220 Park Newport Ste 410
Newport Beach, CA 92660

Michael Gilman
5361 Eucalyptus Hill Rd.
Yorba Linda, CA 92886


Michelle Cordova
2155 Corte Vista
Chula Vista, CA 91915


Michelle Engle
7380 E Calle Durango
Anaheim, CA 92808


Michelle Navigato
1932 Bronson Way
Riverside, CA 92506-3225


Mission Recruiting, LLC
3020 Saturn Street, Ste. 201
Brea, CA 92821


Mission Recruiting, LLC
3020 Saturn Street., Ste. 201
Brea, CA 92821


MKH Electronics, Inc.
17421 Parker Drive
Tustin, CA 92780


Monarch HealthCare
Mail Station 16
11 Technology Drive
Irvine, CA 92618

Muzak OC
P.O. Box 71070
Charlotte, NC 28272


Muzak OC
PO Box 71070
Charlotte, NC 28272


My Community Care
205 Bishops Way
Brookfield, WI 53005


Nadia Raza
775 W. 11th Avenue
Eugene, OR 97402-5256


Nahia Boeltl
300 N Harrington Dr.
Fullerton, CA 92831


Nahid Nazari
210 Lille Lane Unit #118
Newport Beach, CA 92663


Nahla Tibi
902 Highland View Drive
Corina, CA 92882


Nam Nguyen
5943 E Calle Cedro
Anaheim, CA 92807

Natalie Garson
410 S Canyon Ridge Dr.
Anaheim, CA 92807


National Fire & Safety Inspection
Accounts Receivable
P.O. Box 206
El Toro, CA 92609


National Fire & Safety Inspection
PO Box 206
Attn: ACCOUNTS RECEIVABLE
El Toro, CA 92609


Newport Healthcare Center LLC
One Hoag Drive PO Box 6100
Attn: Sandy Smith
Newport Beach, CA 92658


Newport Healthcare Center LLC
1 Hoag Drive
Newport Beach, CA 92663


Newport Healthcare Center LLC
1800 Quail Street, Suite 100
Newport Beach, CA 92660


Newport Healthcare Center LLC
Attention: Sandy Smith
One Hoag Drive
P.O. Box 6100
Newport Beach, CA 92658-6100


Newport Healthcare Center, LLC
1 Hoag Drive
Newport Beach, CA 92663

Nicastro & Associates, P.C.
2 Park Plaza, Suite 650
Irvine, CA 92614


Noble Ama Ipa/Noble Mid Orange Coun
P.O. Box 4909
Oceanside, CA 92052


Nour and Oraha Medical Corporation
17 Collingwood
Aliso Viejo, CA 92656


Olga Le Clercq
1830 N. Ridgewood St
Orange, CA 92865


Onnig Panosian
23702 Bower Cascade Place
Diamond Bar, CA 91765


Opus Bank
19900 MacArthur Blvd.
12th Floor
Irvine, CA 92612


Opus Bank
19900 MacArthur Blvd., 12 Floor
Irvine, CA 92612


Opus Bank
1000 Wilshire Blvd., Ste. 1500
Attn: Barry Smith
Los Angeles, CA 90017-2457

Opus Bank
Attention: Barry Smith
1000 Wilshire Boulevard, Suite 1500
12th Floor
Los Angeles, CA 90017-2457


Orange County Register Communications
P.O. Box 7154
Pasadena, CA 91109-7154


Orange County Treasurer - Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438


Pacific Care
5701 Katella Ave.
Cypress, CA 90630


Pacific Enterprise Bank
17748 Skypark Circle, #100
Irvine, CA 92614


Pacific Payroll
25521 Earhart Rd
Laguna Hills, CA 92653


Patricia Mannatt
2851 Rolling Hills Drive Spc 41
Fullerton, CA 92835


Patricia Mannatt  Fullerton, CA 92835
2851 Rolling Hills Dr. Spc 41
Fullerton, CA 92835

Paul Molinaro
4160 Termescal Canyon Road, Ste. 306
Corona, CA 92883


Paul Scruggs
131 Washington St.
Placentia, CA 92870


PDRx Pharmaceuticals, Inc.
727 N. Ann Arbor
Oklahoma City, OK 73127


Perez Building Services
3166 Bonita Rd Unit 131
Chula Vista, CA 91910


Periklis Pappous
6231 E. Blairwood Ln
Orange, CA 92867


Perry B Sheidayi, DO
39 Bonita Vista
Foothill Ranch, CA 92510


Physicians Healways
701 Cool Springs Blvd.
Franklin, TN 37067


Pinnacle Claims
15525 Sand Canyon Ave.
Irvine, CA 92618

Pioneer Ipa
17777 Center Court Drive, Suite 400
Cerritos, CA 90703


Pitney Bowes Inc.
P.O. BOX 856390
Louisville, KY 40285-6390


Preferred Pharmaceuticals
1250 N Lakeview Ave Unit O
Anaheim, CA 92807


Primary Provided Management
511 S. Joy Street
Corona, CA 92879


Promesa Health
3978 Brockton Ave.
Riverside, CA 92501


Prospect Medical Group
400 Corporate Pointe
Culver City, CA 90230


Provider Healthcare , LLC
4252 South Highland Drive
Ste. 104
Salt Lake City, UT 84124


Provider Healthcare, LLC
4252 South Highland Drive
Suite 104
Salt Lake City, UT 84124

Provider Locum Tenens
 7460 Warren Pkwy
Suite 100
Frisco, TX 75034


PSS World Medical, Inc.
P.O. Box 749499
Los Angeles, CA 90074-9499


Pyro-Comm Systems, Inc.
15531 Container Lane
Huntington Beach, CA 92649


Rabina Shaheen
19451 Cleveland Bay Lane
Yorba Linda, CA 92886


Radiant Physician Group, Inc.
18231 Irvine Blvd., Ste. 204
Tustin, CA 92780


Radiation Detection Company, Inc.
3527 Snead Drive
Georgetown, TX 78626


Ranya Alexander
13205 Denara Rd
San Diego, CA 92130


Raven Anderson
5722 E. Stillwater Avenue Unit 83
Orange, CA 92869-3192

Raza Mehdi
5485 Blue Ridge Drive
Yorba Linda, CA 92887


Razan Ammari
2074 El Arbolita Drive
Glendale, CA 91208


Reserve Account
P.O. Box 856056
Louisville, KY 40285-6056


Rexford Angkahan
6522 Mt. Palomar Drive
Buena Park, CA 90620


Richard A. Crandall III
6523 Via Fresco
Anaheim Hills, CA 92807


Robert Kurz
7876 Hall Ave
Corona, CA 92880


Robert Myslin
722 Rivertree Drive
Oceanside, CA 92058


Robila Ashfaq, M.D.
20 Dinuba
Irvine, CA 92602

Robin Michaelis
8555 E. Kendra Loop
Orange, CA 92867


Robin Reed
8502 E. Chapman Ave.
Orange, CA 92869-2461


Rosalda Quintero
155 N. Citrus Ranch
Anaheim, CA 92805


Roto-Rooter
1183 N. Kraemer Place
Anaheim, CA 92806


Rubin Lin
10212 Monaco Drive
Rancho Cucamonga, CA 91737


Ruth Gonsalez
1317 N. Aetna St.
Anaheim, CA 92801


Rx Security
1200 N. Federal Hwy., Suite 200
#50 - 26
Boca Raton, FL 33432


Rx Security
1200 N. Federal Hwy Ste. 200, #50-126
Boca Raton, FL 33432

Saddleback Shredding
P.O. Box 34-B
Balboa Island, CA 92662


Safeguard
12610 Park Plaza Drive, Suite 100
Cerritos, CA 90703


Sammie Mitchell
6667 E. Leafwood Dr.
Anaheim, CA 92807


Samuel Sevilla
6111 E. Baja Drive
Anaheim, CA 92807


Sandra Williams
6599 E. Carnegie Avenue
Anaheim, CA 92807


Sandy Pratt
20135 Nob Hill Dr
Yorba Linda, CA 92886


Scott Gates
28546 Paseo Diana
San Juan Capistrano, CA 92675


Scott Pruzinsky
834 St. James Drive
Corona, CA 92882

Scott Slotkin
26741 Portola Pkwy, Ste 1E-139
Foothill Ranch, CA 92610


Sharon Deacon
998 S. Vassar Circle
Anaheim, CA 92807


Sharon Vedder
5655 Southview Drive
Yorba Linda, CA 92887


Sherron Azevedo
6719 E. Swarthmore Drive
Anaheim, CA 92807


Shiva Vahedy
P.O. Box 18747
Anaheim, CA 92817


Sign Specialists Corporation
111 W. Dyer Road, Unit F
Santa Ana, CA 92707


Sign Specialists Corporation
PO Box 18747
Santa Ana, CA 92707


Singer Lewak
10960 Wilshire Blvd.
7th Floor
Los Angeles, CA 90024

Singer Lewak
10960 Wilshire Blvd., 7th Floor
Los Angeles, CA 90024


Snow Coleman
6411 E. Yosemite Ave
Orange, CA 92867


Soren Williams
206 W. Weeping Willow Ave.
Orange, CA 92865


Southern California Edison
P.O. Box 300
Rosemead, CA 91772


Southern California Gas Company
P.O. Box C
Monterey Park, CA 91756


Spencer Strobel
1140 S. Summer Breeze Lane
Anaheim, CA 92808


St. Joseph Health System
3345 Michelson Drive, Ste. 100
Attention: Tara Crowell, Esq.
Irvine, CA 92612


St. Joseph Health System
Attention: Tara Cowell, Esq.
3345 Michelson Drive, Suite 100
Irvine, CA 92612

Steven Prokop
4546 Hastings Avenue
Orange, CA 92867


Susan B Strodtbeck, MD
118 San Jose Lane
Placentia, CA 92870


Svetlana Regan
1241 Ironwood Street
La Habra, CA 90631


Talbert IP Healthcare Partners
1665 Scenic Ave.
Suite 100
Chicago, IL


Tamara Bayless
448 Magnolia Ave.
Brea, CA 92821


Taylor Urch
4320 E. Terra Vista Lane
Anaheim Hills, CA 92807


Teresa Reed
8502 E. Chapman Avenue
Orange, CA 92689


The New Answernet
4778 Dewey Drive
Fair Oaks, CA 95628-4401

Thermal Combustion Innovators, Inc.
241 W. Laurel Street
Colton, CA 92324


Thomas Reuters
P.O. Box 95767
Chicago, IL 60697


Thomas Reuters
PO Box 95767
Chicago, IL 60697


Three Rivers Provider Network
910 Hale Place
Suite 101
Chula Vista, CA 91914


Tim Reimers, Esq.
2049 Century Park East, Ste. 2900
Los Angeles, CA 90067


Tim Reimers, Esq.
2049 Century Park East, Suite 2900
Los Angeles, CA 90067


Tochukwu Onyekwuluje, M.D.
125 Rockview
Irvine, CA 92612


Todd Bushman
5901 Belgrave Ave.
Garden Grove, CA 92845

Total Body Healthcare, Inc., Attn: Chyle
1057 East Imperial Highway, Ste. 614
Placentia, CA 92870


Tracy Branson
7831 E. Bridgewood Dr.
Anaheim, CA 92808


Transmetron, Inc.
1725 S. 1700 E.
Salt Lake City, UT 84108


Trexpo, Inc.
P.O. Box 940393
Simi Valley, CA 93094-0393


Tricare
270 32nd Street
San Diego, CA 92102


UMR
11 Scott Street
Wausau, WI 54403


United Health Care
14980 Sand Canyon Avenue
Irvine, CA 92618


Vadim Belopolsky
2492 N. Avalon Ave.
Orange, CA 92867

Vanessa Ornelas
26 Avignon Ave
Foothill Ranch, CA 92610


Vantage
2115 Compton Ave.
Suite 300
Corona, CA 92881


VAST Integration
834 Desert Calico Drive
Lancaster, CA 93534


Verizon
P.O. Box 9688
Mission Hills, CA 91346-9688


Viki Margias
125 N. Tiana Lane
Anaheim, CA 92807


Virgil Vinas
1125 Kroeger Ave
Fullerton, CA 92831


Vladimir Agapeyeu
922 S. Sheridan St.
Corona, CA 92882


Walt Waltmire
5800 E. Paseo De Soto
Anaheim, CA 92807

Walter James Soha, MD
617 Sandpiper Drive
Seal Beach, CA 90740


Warland Investments Company
1299 Ocean Ave, Ste 300
Santa Monica, CA 90740


Weatherby Healthcare
P.O. Box 972633
Dallas, TX 75397-2633


Weatherby Healthcare
PO Box 972633
Dallas, TX 75397-2633


Western Growers Assurance
15525 Sand Canyon
Irvine, CA 92618


William Petras
5034 34th Street
San Diego, CA 92116


Xerox Corporation
P.O. Box 650361
Dallas, TX 75265-0361


Xerox Corporation
PO Box 972633
Dallas, TX 75265-0361

Your Neighborhood Urgent Care
P.O. Box 8979
Newport Beach, CA 92658


Zachary Mauldin
5436 E Spyglass Way
Anaheim, CA 92807